# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00465-CV

### Justin Miller and Chiptarmil LLC, Appellants

### v.

### Elisa Rios, Appellee

### FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-22-003955, THE HONORABLE TODD T. WONG, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellee Elisa Rios in her appellee's brief challenges our appellate jurisdiction over this cause. She argues that the notice of appeal of appellants Justin Miller and Chiptarmil LLC was not timely filed because although the judgment was signed on May 2, 2023, and even granting Miller and Chiptarmil the 90-day deadline provided for by Rule of Appellate Procedure 26.1(a), the notice of appeal was not filed until August 3, 2023, 93 days later.

We abate this cause for 10 days and order Miller and Chiptarmil to provide us with their "plausible statement of circumstances indicating that failure to file within the [specified] period was not deliberate or intentional, but was the result of inadvertence, mistake, or mischance.'" *See Houser v. McElveen*, 243 S.W.3d 646, 647 (Tex. 2008) (per curiam) (quoting *Meshwert v. Meshwert*, 549 S.W.2d 383, 384 (Tex. 1977)). If Miller and Chiptarmil do not

respond within 10 days of this order, then the appeal may be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

It is ordered on August 12, 2025.

Before Justices Triana, Kelly, and Crump

Abated

Filed: August 12, 2025